### 15815. FIELDS *v.* THE STATE.

BROYLES, C. J. 1. In a prosecution for seduction, where it appeared that the accused had married the female alleged to have been seduced by him, but had not given the bond required by the statute, and where it failed to appear that he was unable to give the bond, the wife was a competent witness to testify against him, whether the marriage to suspend the prosecution for seduction occurred before or after he was indicted. Penal Code (1910), § 379, as amended (Ga. L. 1911, p. 68).

(*a*) The jury were authorized to find, from the evidence, that the accused

married the female for the purpose of suspending a prosecution for seduction.

2. The verdict was authorized by the evidence, and none of the grounds of the motion for a new trial requires another hearing of the case.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 15, 1924.

Seduction; from Wayne superior court—Judge Summerall. June 28, 1924.

*James R. Thomas & Son,* for plaintiff in error.

*Alvin V. Sellers, solicitor-general,* contra.